**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 97-31199**

---

**WILLIS-KNIGHTON MEDICAL CENTER,**

**Plaintiff-Appellant,**

v.

**CITY OF BOSSIER CITY; BOSSIER CITY MEDICAL CENTER;**
**CARTER J. BOYD, M.D.; CHARLES A. POWERS, M.D.;**
**and, ROBERT CAMPBELL;**

**Defendants-Appellees,**

---

**Appeal from the United States District Court**
**for the  Western District of Louisiana**
(96-CV-2617)

---

March 30, 1999

Before REYNALDO G. GARZA, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

In light of the court's recent <u>en</u> <u>banc</u> decision in <u>Surgical Care Ctr. v. Hospital Serv. Dist. No. 1</u>, No. 97-30887, 1999 WL 163430 (5th Cir. Mar. 24, 1999), we find that the appellees in this case are not entitled to <u>Parker</u> immunity from antitrust liability.  Accordingly, we reverse the district court and remand for proceedings consistent with <u>Surgical Care</u>.

**REVERSED; REMANDED.**

---

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.